FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JAN 30 PM 2:00

OFFICE OF THE CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*   8:05CV559

*CONDITIONAL TRANSFER ORDER (CTO-60)*

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,653 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 2 5 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED

# SCHEDULE CTO-60 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 05-1059 | Susan K. Kobel, et al. v. Wyeth Pharmaceuticals, Inc. |
| **ARKANSAS WESTERN** | |
| ARW 2 05-2172 | Donna G. Woffard v. Wyeth, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-8463 | Gail Geach, et al. v. Wyeth, et al. |
| CAC 5 05-1063 | Frances Flores v. Wyeth, et al. |
| **CONNECTICUT** | |
| CT 3 05-1836 | Laura J. Lawrence v. Wyeth, Inc., et al. |
| **FLORIDA MIDDLE** | |
| FLM 3 05-1177 | Kathryn L. Calhoun v. Wyeth, Inc. |
| FLM 3 05-1265 | Sharon WIlson v. Wyeth, Inc., et al. |
| FLM 8 05-2215 | Connie Engle v. Wyeth, Inc., et al. |
| FLM 8 05-2299 | Violet Norris v. Wyeth, Inc., et al. |
| FLM 8 05-2312 | Betty Chomar v. Wyeth, Inc., et al. |
| FLM 8 05-2335 | Jerilyn Santiago v. Wyeth, Inc., et al. |
| FLM 8 05-2342 | Marie M. Barrett v. Wyeth, Inc., et al. |
| FLM 8 05-2343 | Lillian P. Merricks v. Wyeth, Inc., et al. |
| **MARYLAND** | |
| MD 1 05-3143 | Ann Ridgeway, et al. v. Wyeth, et al. |
| **MINNESOTA** | |
| MN 0 05-2620 | Lillie Joyce Ybarra v. Wyeth, et al. |
| MN 0 05-2621 | Ada Harris v. Wyeth, et al. |
| MN 0 05-2693 | Louise Befumo v. Wyeth, et al. |
| MN 0 05-2694 | Cathy Marie Anderson, et al. v. Wyeth, et al. |
| MN 0 05-2697 | Shirley Blue v. Wyeth, et al. |
| MN 0 05-2698 | Betty Pow, et al. v. Wyeth, et al. |
| MN 0 05-2726 | Donna Wolfe, et al. v. Wyeth, Inc., et al. |
| MN 0 05-2759 | Betty Whitley v. Wyeth, et al. |
| MN 0 05-2760 | Debra Anderson Picard v. Wyeth, et al. |
| MN 0 05-2799 | Virginia H. Berglove v. Wyeth, et al. |
| MN 0 05-2804 | Rose M. Taylor, et al. v. Wyeth, et al. |
| MN 0 05-2834 | Theresse M. Parolini, et al. v. Wyeth, Inc., et al. |
| MN 0 05-2877 | Myrna Griffin v. Wyeth, et al. |
| MN 0 05-2911 | Tessie Miller v. Wyeth, et al. |
| MN 0 05-2913 | Nancy J. Black, et al. v. Wyeth, et al. |
| MN 0 05-2948 | Marilyn M. Thoren v. Wyeth, et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 5 05-785 | Margaret H. White v. Wyeth, et al. |

SCHEDULE CTO-60 - TAG-ALONG ACTIONS     MDL-1507                                PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEBRASKA** | |
| NE  8  05-559 | Donna Ficken, et al. v. Wyeth, et al. |
| **NEW YORK SOUTHERN** | |
| NYS  7  05-9457 | Carmen Montalvo, et al. v. Wyeth, et al. |
| **OHIO SOUTHERN** | |
| OHS  1  05-760 | Evelyn Dyer v. Wyeth, Inc., et al. |
| **TEXAS EASTERN** | |
| TXE  4  05-454 | Karen Norris v. Wyeth, et al. |
| **TEXAS NORTHERN** | |
| TXN  3  05-2357 | Joan K. Macaulay, et al v. Wyeth, et al. |
| TXN  3  05-2381 | Berthene E. Robinson, et al. v. Wyeth, et al. |
| TXN  3  05-2399 | Alma Robinson, et al. v. Wyeth, et al. |
| **VIRGINIA EASTERN** | |
| VAE  1  05-1331 | Mabel H. Fields v. Wyeth, et al. |

# INVOLVED COUNSEL LIST (CTO-60)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Reid C. Adams, Jr.
Womble Carlyle Sandridge & Rice
P.O. Box 84
Winston-Salem, NC 27102

Bill B. Berke
Berke, Lubell & Brunner, P.A.
1003 Del Prado Blvd.
Suite 300
Cape Coral, FL 33990

Jan R. McLean Bernier
Halleland, Lewis, Nilan & Johnson
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Garrett D. Blanchfield, Jr.
Reinhardt, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Robert T. Bryson
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd.
16th Floor
Los Angeles, CA 90067

Brian S. Campf
Williams, Love, O'Leary, Craine &
Powers, PC
9755 S.W. Barnes Road
Suite 450
Portland, OR 97225-6681

Lewis F. Collins, Jr.
Butler, Pappas, Weihmuller, Katz &
Craig, LLP
One Harbour Place, Suite 500
777 South Harbour Island Boulevard
Tampa, FL 33602

William M. Corley
Marks, Gray, P.A.
1200 River Place Blvd., Suite 800
P.O. Box 447
Jacksonville, FL 32201-0447

Martin D. Crump
Davis & Feder
1712 15th Street, Suite 300
P.O. Box 6829
Gulfport, MS 39501

William B. Curtis
Law Offices of Miller & Curtis
10000 North Central Expressway
Suite 1450
Dallas, TX 75231

Stacey L. Drentlaw
Oppenheimer Wolff & Donnelly
45 S. 7th Street, Suite 3300
Minneapolis, MN 55402

Gary D. Elliston
DeHay & Elliston, L.L.P.
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

Mason Evans, IV
Porter, Wright, Morris & Arthur, LLP
41 S. High Street
Suite 2800
Columbus, OH 43215-6194

Thomas W. Farrington
Goldberg & Finnegan
1010 Wayne Avenue
Suite 950
Silver Spring, MD 20910

Edward F. Fox
Bassford Remele, PA
33 South 6th Street, Suite 3800
Minneapolis, MN 55402-3701

Brenda S. Fulmer
Alley, Clark, Grelwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Edward W. Gerecke
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Jeffrey Jerome Hines
Goodell, DeVries, Leech & Dann
One South Street
Alex Brown Building, 20th Floor
Baltimore, MD 21202

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Robert K. Jenner
Janet, Jenner & Suggs, LLC
1829 Reistertown Road
Suite 320
Baltimore, MD 21208

Gregory Lawing Jones
Greg Jones & Associates
3105 Market Street
Wilmington, NC 28403

Nikki M. Kavouklis
Law Office of Nikki Kavouklis
415 South Pinellas Avenue
Tarpon Springs, FL 34689

Hal J. Kleinman
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Erin C. Koerselman
Leonard, Street & Deinard
150 South 5th Street
Suite 2300
Minneapolis, MN 55402

Eric Alan Kuhl
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Gerald S. Leeseberg
Leeseberg & Valentine
Penthouse One
175 South Third Street
Columbus, OH 43215

Melissa M. Leon
Dehay & Elliston
901 Main Street, Suite 3500
Dallas, TX 75202-3736

Jean Evelyn Lewis
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, MD 21202

Eric L. Lundt
Gordon, Hargrove & James
2400 E. Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Alan Bruce McGeorge
109 Clove Avenue
Haverstraw, NY 10927

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 Second Avenue, South
Minneapolis, MN 55404

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

J. Alison Morris
Maslon, Edelman, Borman & Brand
3300 Norwest Center
90 South 7th Street
Minneapolis, MN 55402

James A. Morris, Jr.
Provost & Umphrey Law Firm, LLP
P.O. Box 4905
490 Park Street
Beaumont, TX 77704-4905

Francis H. Morrison, III
Day, Berry & Howard, LLP
CityPlace
185 Asylum Street
Hartford, CT 06103

Guy E. Motzer
Squire, Sanders & Dempsey, L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Victoria S. Nugent
Cohen, Milstein, Hausfeld & Toll
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934

Gale Diane Pearson
Pearson, Randall & Schumacher, PA
400 South 4th Sreet
1012 Grain Exchange Building
Minneapolis, MN 55415

Maibeth J. Porter
Maynard Cooper & Gale PC
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618

Patrick W. Powers
Cash, Klemchuk, Powers,& Taylor
Campbell Centre II, Suite 1575
8150 North Central Expressway
Dallas, TX 75206

Amy D. Prevatt
Alley, Clark, Grelwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates &
Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201-3525

Stephen J. Randall
Randall & Schumacher, PLLP
1012 Grain Exchange Building
400 South 4th Street
Minneapolis, MN 55415

Terrence Mark Ranko Zic
Wright, Robinson, Osthimer & Tatum
5335 Wisconsin Avenue, NW
Suite 920
Washington, DC 20015-2030

Michelle L. Rognlien
Bowman & Brooke
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402-4244

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Manish I. Shah
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825

Roman A. Shaul
Beasley, Allen, Crow, Methvin,
Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Kathryn A. Stebner
Stebner & Associates
870 Market Street
Suite 1212
San Francisco, CA 94102

William P. Studer
Oppenheimer, Wolff & Donnelly
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402

Kenneth M. Suggs
Janet, Jenner & Suggs, LLC
500 Taylor Street
Suite 301
Columbia, SC 29201

James F. Szaller
Brown & Szaller
14222 Madison Avenue
Cleveland, OH 44107-4510

Mark L. Taylor
Cash, Klemchuk, Powers,& Taylor
Campbell Centre II, Suite 1575
8150 North Central Expressway
Dallas, TX 75206

Clem C. Trishchler
Pietragallo, Bosick & Gordon
One Oxford Centre
38th Floor
Pittsburgh, PA 15219

INVOLVED COUNSEL LIST (CTO-60) MDL-1507          PAGE 3 OF 3

Brian D. Turner, Jr.
Cory, Watson, Crowder & DeGaris
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35205-5972

Eva M. Weiler
Shook, Hardy & Bacon, LLP
5 Park Plaza
Suite 1600
Irvine, CA 92614-2546

John D. Winter
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036

Tricia N. Wisenbaker
Fulbright & Jaworski, L.L.P.
2200 Rose Avenue
Suite 2800
Dallas, TX 75201-2784

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

# INVOLVED JUDGES LIST (CTO-60)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

PAGE 1 OF 2

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. Jane J. Boyle
U.S. District Judge
1376 Earle Cabell Federal Building &
U.S. Courthouse
1110 Commerce Street
Dallast, TX 75249

Hon. Terrence W. Boyle
Chief Judge, U.S. District Court
P.O. Box 306
Elizabeth City, NC 27907

Hon. Paul N. Brown
Senior U.S. District Judge
216 Federal Building
101 East Pecan Street
Sherman, TX 75090

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Robert T. Dawson
U.S. District Judge
U.S. District Court
P.O. Box 1624
Fort Smith, AR 72902-1624

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. David C. Godbey
U.S. District Judge
United States District Court
1358 Earle Cabell Federal Bldg. &
U.S. Cthse.
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Claude M. Hilton
U.S. District Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5799

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James S. Moody, Jr.
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Alan H. Nevas
Senior U.S. District Judge
Brien McMahon Federal Building &
U.S. Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604

Hon. Virginia A. Phillips
U.S. District Judge
George E. Brown, Jr. U.S. Courthouse
3470 Twelfth Street
2nd Floor
Riverside, CA 92501-3801

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Federal Building &
U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. Stephen C. Robinson
U.S. District Judge
U.S. District Court
300 Quarropas Street
White Plains, NY 10601

Hon. George P. Schiavelli
U.S. District Judge
United States District Court
218 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Harvey E. Schlesinger
U.S. District Judge
300 N. Hogan Street
Suite 11-150
Jacksonville, FL 32202

Hon. Jorge A. Solis
U.S. District Judge
13B31 Earle Cabell Federal Building
& U.S. Courthouse
1100 Commerce St.
Dallas, TX 75242-1003

INVOLVED JUDGES LIST (CTO-60) MDL-1507          PAGE 2 OF 2

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Herman J. Weber
Senior U.S. District Judge
801 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. James D. Whittemore
U.S. District Judge
223 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

# INVOLVED CLERKS LIST (CTO-60)
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 1547
Fort Smith, AR 72902-1547

David J. Maland, Clerk
216 Federal Building
101 East Pecan Street
Sherman, TX 75090

Denise Lucks, Clerk
1152 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Elizabeth Paret, Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Fred Borch, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611-5670

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal
Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Perry D. Mathis, Clerk
140 Hugo L. Black U.S.
Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800