**A CERTIFIED TRUE COPY**
JAN 2 5 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1507**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-60)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,653 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 2 5 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By_____ D.C.

PAGE 1 OF 2

# SCHEDULE CTO-60 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**               **CASE CAPTION**

**ALABAMA NORTHERN**
ALN 2 05-1059                       Susan K. Kobel, et al. v. Wyeth Pharmaceuticals, Inc.

**ARKANSAS WESTERN**
ARW 2 05-2172                       Donna G. Woffard v. Wyeth, et al.

**CALIFORNIA CENTRAL**
CAC 2 05-8463                       Gail Geach, et al. v. Wyeth, et al.
CAC 5 05-1063                       Frances Flores v. Wyeth, et al.

**CONNECTICUT**
CT 3 05-1836                        Laura J. Lawrence v. Wyeth, Inc., et al.

**FLORIDA MIDDLE**
FLM 3 05-1177                       Kathryn L. Calhoun v. Wyeth, Inc.
FLM 3 05-1265                       Sharon Wilson v. Wyeth, Inc., et al.
FLM 8 05-2215                       Connie Engle v. Wyeth, Inc., et al.
FLM 8 05-2299                       Violet Norris v. Wyeth, Inc., et al.
FLM 8 05-2312                       Betty Chomar v. Wyeth, Inc., et al.
FLM 8 05-2335                       Jerilyn Santiago v. Wyeth, Inc., et al.
FLM 8 05-2342                       Marie M. Barrett v. Wyeth, Inc., et al.
FLM 8 05-2343                       Lillian P. Merricks v. Wyeth, Inc., et al.

**MARYLAND**
MD 1 05-3143                        Ann Ridgeway, et al. v. Wyeth, et al.

**MINNESOTA**
MN 0 05-2620                        Lillie Joyce Ybarra v. Wyeth, et al.
MN 0 05-2621                        Ada Harris v. Wyeth, et al.
MN 0 05-2693                        Louise Befumo v. Wyeth, et al.
MN 0 05-2694                        Cathy Marie Anderson, et al. v. Wyeth, et al.
MN 0 05-2697                        Shirley Blue v. Wyeth, et al.
MN 0 05-2698                        Betty Pow, et al. v. Wyeth, et al.
MN 0 05-2726                        Donna Wolfe, et al. v. Wyeth, Inc., et al.
MN 0 05-2759                        Betty Whitley v. Wyeth, et al.
MN 0 05-2760                        Debra Anderson Picard v. Wyeth, et al.
MN 0 05-2799                        Virginia H. Berglove v. Wyeth, et al.
MN 0 05-2804                        Rose M. Taylor, et al. v. Wyeth, et al.
MN 0 05-2834                        Theresse M. Parolini, et al. v. Wyeth, Inc., et al.
MN 0 05-2877                        Myrna Griffin v. Wyeth, et al.
MN 0 05-2911                        Tessie Miller v. Wyeth, et al.
MN 0 05-2913                        Nancy J. Black, et al. v. Wyeth, et al.
MN 0 05-2948                        Marilyn M. Thoren v. Wyeth, et al.

**NORTH CAROLINA EASTERN**
NCE 5 05-785                        Margaret H. White v. Wyeth, et al.

SCHEDULE CTO-60 - TAG-ALONG ACTIONS    MDL-1507                                            PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NEBRASKA<br>NE  8  05-559 | Donna Ficken, et al. v. Wyeth, et al. |
| NEW YORK SOUTHERN<br>NYS  7  05-9457 | Carmen Montalvo, et al. v. Wyeth, et al. |
| OHIO SOUTHERN<br>OHS  1  05-760 | Evelyn Dyer v. Wyeth, Inc., et al. |
| TEXAS EASTERN<br>TXE  4  05-454 | Karen Norris v. Wyeth, et al. |
| TEXAS NORTHERN<br>TXN  3  05-2357<br>TXN  3  05-2381<br>TXN  3  05-2399 | Joan K. Macaulay, et al v. Wyeth, et al.<br>Berthene E. Robinson, et al. v. Wyeth, et al.<br>Alma Robinson, et al. v. Wyeth, et al. |
| VIRGINIA EASTERN<br>VAE  1  05-1331 | Mabel H. Fields v. Wyeth, et al. |